# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  10-3070
_____

Rozues Jacinto Fernandez

Petitioner - Appellee

v.

Christy Nicole Bailey

Respondent - Appellant

_____

Appeal from U.S. District Court for the Eastern District of Missouri - Cape Girardeau
(1:10-cv-00084-SNLJ)
_____

**JUDGMENT**

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

November 05, 2010

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans