# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 10-3070

Rozues Jacinto Fernandez

Appellee

v.

Christy Nicole Bailey

Appellant

------

Appeal from U.S. District Court for the Eastern District of Missouri - Cape Girardeau
(1:10-cv-00084-SNLJ)

------

**MANDATE**

In accordance with the judgment of 11/05/2010, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

November 05, 2010

Clerk, U.S. Court of Appeals, Eighth Circuit